**Opinion filed May 14, 2015**



### In The

# Eleventh Court of Appeals

_____

## No. 11-15-00095-CR

_____

### JESUS DANIEL HERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 385th District Court**

**Midland County, Texas**

**Trial Court Cause No. CR37498**

### M E M O R A N D U M   O P I N I O N

The documents on file in this case reflect that Jesus Daniel Hernandez, Appellant, was convicted in October 2013 for the offense of possession of a controlled substance in a correctional facility. Appellant filed a notice of appeal on April 20, 2015, from the trial court's January 22, 2015 order denying Appellant's request for additional credit for time that Appellant claims to have spent in jail in this cause. We dismiss the appeal.

This court wrote Appellant on April 23, 2015, and informed him that it did not appear that we had jurisdiction in this appeal. We requested that Appellant respond and show grounds to continue the appeal. Appellant has filed a response but has not shown grounds upon which this appeal may be continued. The order from which Appellant attempts to appeal is not an appealable order. *See Ex parte Forooghi*, 185 S.W.3d 498 (Tex. Crim. App. 2006); *Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004); *Everett v. State*, 82 S.W.3d 735 (Tex. App.—Waco 2002, pet. ref'd). Consequently, we have no jurisdiction to entertain the appeal.

This appeal is dismissed for want of jurisdiction.

PER CURIAM

May 14, 2015

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.